■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RIGOBERTO BENITEZ, Appellant. [849 NYS2d 173]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Buchter, J.), rendered September 6, 2005, convicting him of assault in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant was not deprived of the effective assistance of counsel (*see People v Benevento,* 91 NY2d 708, 712 [1998]; *People v Hobot,* 84 NY2d 1021, 1022 [1995]; *People v Baldi,* 54 NY2d 137, 147 [1981]; *cf. People v Echavarria,* 167 AD2d 138 [1990]; *People v Huggins,* 164 AD2d 784 [1990]). Mastro, J.P., Covello, Angiolillo and Balkin, JJ., concur.